Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| GLASBOX, INC., a Washington corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>BLUE WATER GLASS, INC., a Michigan corporation,<br><br>    Defendant. | NO. 2:23-cv-00419-BJR<br><br>ORDER GRANTING EXTENSION OF DEADLINES |

The Parties' Stipulated Motion Extending Deadlines to Answer Complaint and for Initial Disclosures and Joint Status Report [Dkt. 6] is hereby GRANTED.

Defendant shall file its Answer to Plaintiff's Complaint on or before May 8, 2023.

Further, the deadlines set out in the Order Regarding Initial Disclosures and Joint Status Report are modified as follows:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | 5/30/2023 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 6/05/2023 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 6/13/2023 |

DATED this 4th day of May, 2023.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER GRANTING EXTENSION OF DEADLINES – 1
(2:23-cv-00419-BJR)

BLU047-0001 Glasbox Order Extending Deadlines

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020