The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GLASBOX, INC., a Washington corporation,<br><br>　　　　Plaintiff and Counter-defendant,<br><br>　　v.<br><br>BLUE WATER GLASS, INC., a Michigan corporation,<br><br>　　　　Defendant and Counterclaimant. | No. 2:23-cv-00419<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

　　　　Plaintiff and Counter-defendant Glasbox, Inc. and Defendant and Counterclaimant Blue Water Glass, Inc., (collectively the "Parties") hereby submit this Stipulation and Proposed Order of Dismissal. The Parties have reached a settlement agreement to resolve all claims in this action. Based on the foregoing, the parties respectfully request that the Court dismiss all claims in this case with prejudice and without the award of attorneys' fees or cost to any Party.

STIPULATION AND ORDER OF DISMISSAL
No. 2:23-cv-00419 – Page 1

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

**IT IS SO STIPULATED:**

DATED: December 29, 2023.        ARETE LAW GROUP PLLC

By: */s/ Kevin Rosenfield*
Kevin Rosenfield, WSBA No. 34972
1218 Third Avenue, Suite 2100
Seattle, WA 98101
Phone: (206) 428-3250
Fax:    (206) 428-3251
krosenfield@aretelaw.com

*Attorneys for Plaintiff Glasbox, Inc.*

DATED: December 29, 2023.        CARNEY BADLEY SPELLMAN, P.S

By: *s/ John R. Welch*
John R. Welch, WSBA No. 26649
701 Fifth Avenue, Suite 3600
Seattle, WA 98104
Phone: (206) 622-8020
Facsimile: (206) 467-8215
Email: welch@carneylaw.com

*Attorneys for Defendant Blue Water Glass, Inc.*

STIPULATION AND ORDER OF DISMISSAL
No. 2:23-cv-00419 – Page 2

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

**ORDER**

This matter having come before the Court upon the foregoing Stipulation of the Parties, and the Court being fully advised now, therefore, ORDERS that this matter shall be dismissed from the above-entitled action with prejudice and without the award of attorneys' fees or costs to any Party.

DATED this 2nd day of January, 2024.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATION AND ORDER OF DISMISSAL
No. 2:23-cv-00419 – Page 3

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250